**EXHIBIT A**

GILLUM, DRISKEL, & ASSOCIATES INC.
P.O. Box 2500
SARASOTA, FL 34230
Phone: 866-816-9411
Fax: 866-816-9422

December 14, 2005

POSTON, DEBORAH
P.O. BOX 584
DOTHAN, AL 36302

CREDITOR ................: THE FOOTCARE CENTER
ACCOUNT# ..............: 2023932
CLIENT ACCOUNT#.........: MCD 76633

BALANCE..........: $69.00

The above named client has assigned to us your account for immediate collection of the balance in full.

Please contact this office immediately so that arrangements may be made and any further action may be stopped, or send a certified check or money order in the self addressed envelope provided.

Yours Truly,

Becky Hines

*Unless this account or any portion thereof is disputed within 30 days from receipt of this notice, we will assume this debt to be valid. If you dispute this debt or any portion thereof within this 30 day time period we will furnish at your written request, a verification of this debt, or the name and address of the original creditor. This is an attempt to collect a debt. Any information obtained will be used for that purpose.*
CS/10000