**EXHIBIT B**

January 8, 2006

BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Gillum, Driskel & Associates, Inc.
ATTN: Becky Hines
Post Office Box 2500
Sarasota, Florida  34230

      RE:    The FootCare Center
                 Account No. 2023932
                 Client Acct. No. MCD 76633

Dear Ms. Hines:

    I received your collection letter dated December 14, 2005.  First, you should understand that I completely dispute the debt from The FootCare Center.  In fact, I do not owe this debt and I refuse to pay the debt.

    I have enclosed copies of correspondence that I mailed to The FootCare Center dated August 3, 2005, and evidence of my attempt to resolve this matter where I called The FootCare Center on three separate occasions.  In short, the services provided (i.e., the shoe inserts) did not fit, were very hard and caused more pain than I was experiencing prior to seeking their services.  The FootCare Center has refused to work with me to resolve this matter, yet continued to send me a bill for a product that did not work.

    I noticed in your letter that I had thirty (30) days to dispute this debt.  You may consider this as such as dispute.  There is no need for you to furnish me verification of this debt, or the name and address of the supposed creditor.  I am not going to pay this debt, so please mark your records accordingly.

                                                  Very truly yours,

                                                  Deborah Poston