**EXHIBIT C**

GILLUM DRISKEL & ASSOCIA #MCD76633

2100 S TAMIAMI TRA
SARASOTA, FL 34234
Phone number not available

Balance: $69
Date Updated: 02/2006
Original Balance: $69
Original Creditor: 05 THE FOOTCARE CENTER
Past Due: $0

Pay Status: >Collection Account<
Account Type: Open Account
Responsibility: Individual Account

**Loan Type:** Collection Agency Attorney
**Remark:** >Placed for collection<