**EXHIBIT D**

GDAC

| | | | |
|---|---|---|---|
| Account No.: | MCD76633 | Original Creditor: | 05 THE FOOTCARE CENTER |
| Responsibility: | Individual | Condition: | Derogatory |
| Original Balance: | $69 | Balance: | $69 |
| Date Opened: | 12/14/2005 | Date Reported: | 02/10/2006 |

Remarks:
[TransUnion] Placed for collection

## PUBLIC INFORMATION

None Reported