AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

middle District of Alabama

DEBORAH POSTON

V.

GILLUM, DRISKEL & ASSOCIATES, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06cv416-DRB

TO: (Name and address of Defendant)

GILLUM, DRISKEL & ASSOCIATES, INC.
c/o STEPHEN L. GILLUM, REGISTERED AGENT
1016 22ND STREET
SARASOTA, FL 34234

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL D. BROCK
BROCK & STOUT
P.O. DRAWER 311167
ENTERPRISE, AL 36331

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  5/12/06

7001 1940 0007 4211 3277