| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_    ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>GILLUM, DRISKEL & ASSOCIATES, INC.<br>℅ STEPHEN L. GILLUM, REGISTERED AGENT<br>1016 22ND STREET<br>SARASOTA, FL 34234<br><br>[Stamp: MAY 25 2006] | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:    ☐ No<br><br>1:06CV416DRB<br>S. + C.<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered        ☐ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7001 1940 0007 4211 3277 |

PS Form **3811**, February 2004    Domestic Return Receipt    102595-02-M-1540