JOHN A. YANCHEK
JOHN A. YANCHEK, P.A.
2 N. Tamiami Trail, Suite 302
Sarasota, Florida 34236
941/366-7177 Telephone
941/ 955-0131 Facsimile

Attorneys for Defendant

RECEIVED
2006 JUN 28  P 3: 26

_____ P. HACKETT, CLK
U.S. DISTRICT COURT
MI__LE DISTRICT ALA
1:06 CV 416-DPB

IN THE DISTRICT COURT OF
MIDDLE DISTRICT OF FLORIDA

---

DEBORAH POSTON

V.

GILLUM, DRISKEL & ASSOCIATES, INC.   **MOTION FOR ADMISSION PRO HAC VICE**

     JOHN A. YANCHEK, P.A., of John A. Yanchek, P.A. hereby moves for entry of an Order admitting JOHN A. YANCHEK to the District Court of Alabama Pro Hac Vice for the purpose of representing GILLUM DRISKEL & ASSOCIATES, INC.. (collectively referred to as the "GILLUM"), in the above-referenced proceeding. In support thereof, Movant states as follows:

     1.     Gillum has requested that John A. Yanchek, P.A. be allowed to represent them as counsel due to John A. Yanchek P.A.'s expertise in debt collection.

     2.     John A. Yanchek is an attorney in good standing with the Florida Bar and the United States District Court for the Western District of Michigan, United States District Court for Middle District of Florida, and United States District Court for the District of Idahoa. Also, he is admitted to the United States Court of Appeals for the Eleventh Circuit.

     3.     The filing of this Motion for Admission Pro Hac Vice by John A. Yanchek as counsel for the Parties specifically does not waive any future objections based on lack of jurisdiction, venue, insufficiency of process and/or insufficiency of service of process, and the right to move for dismissal pursuant to F.R.C.P. 12(b)(2), (3), (4) and (5).

WHEREFORE, John A. Yanchek, of John A. Yanchek, P.A., hereby requests entry of an Order admitting John A. Yanchek to the Middle District of Alabama Pro Hac Vice.

John A. Yanchek, P.A.

By: _____
John A. Yanchek, Esq.
Florida Bar No.: 476382
2 N. Tamiami Trail, Suite 302
Sarasota, Florida 34236
Telephone: (941) 366-7177
Facsimile:  (941) 955-0131

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE has been furnished by U.S. MAIL to: Michael D. Brock, Brock & Stout, P.O. Drawer 311167, Enterprise, AL 36331, on this 20th day of June, 2006.

John A. Yanchek, P.A.

By: _____
John A. Yanchek, Esq.
Florida Bar No.: 476382
2 N. Tamiami Trail, Suite 302
Sarasota, Florida 34236
Telephone: (941) 366-7177
Facsimile:  (941) 955-0131