# AFFIDAVIT OF JOHN A. YANCHEK

STATE OF FLORIDA §
§
COUNTY OF SARASOTA §

I John A. Yanchek, hereby apply for admission to practice before this Honorable Court pro hac vice and declare as follows:

1. I am an attorney with the office of John A. Yanchek, P.A.

2. I am admitted to practice before the following courts:

   a. All courts of the State of Florida
   b. The United States District Court for the Middle District of Florida; and
   c. The United State Court of Appeals for the 11th Circuit
   d. the District of Columbia Bar

3. I am a member in good standing of the bar of each Court and jurisdiction listed above and am not currently suspended nor disbarred in any such Court or jurisdiction

4. I have never been censured, suspended or disbarred by any court.

5. I request permission of the Court to appear as counsel pro hac vice in this matter.

6. If admitted to practice in this case, I will conduct myself in accordance with the rules governing attorneys admitted to the practice before this Honorable Court.

_____
JOHN A. YANCHEK

SWORN TO AND SUBSCRIBED before me this 20th day of June, 2006.

_____
NOTARY PUBLIC in and for the State of Florida
Printed Name: Stephanie R. Arnett
My Commission Expires: _____



Stephanie R. Arnett
My Commission DD305372
Expires March 30, 2008