**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 29, 2006

## NOTICE OF DEFICIENCY

To:     Attorney John A. Yanchek

From:   Clerk's Office

**Case Style: Deborah Poston vs. Gillum, Driskell & Associates, Inc.**

**Case Number: 1:06cv416-DRB**

**Referenced Pleading:   #6 - Motion for Admission of Counsel Pro Hac Vice**

**The referenced pleading was filed on 6/28/2006 by Attorney John A. Yanchek.**

**The Certificate of Good Standing that was file with your Motion to Appear Pro Hac is incorrect. An original Certificate of Good Standing from the U.S. District Court for the district in which you reside must be attached to your motion. Please submit the proper Certificate of Good Standing to the Clerk's Office within ten (10) days.**