IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEBORAH POSTON, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | CASE #: 1:06-cv-00416-DRB |
| | ) | **JURY DEMAND** |
| GILLUM, DRISKEL & ASSOCIATES, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

**MOTION TO AMEND COMPLAINT**

Comes now the Plaintiff, Deborah Poston, by and through the undersigned attorney and moves this Honorable Court to allow her to amend her initial complaint. As grounds for her motion, the Plaintiff states as follows:

1. The Plaintiff originally filed her complaint against the Defendant, Gillum, Driskel & Associates, Inc., pursuant to Case No. 1:06-cv-00416-DRB on May 9, 2006.

2. The principle acts complained of were initiated by the Defendant's violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et. seq. (hereinafter, "FDCPA").

3. The Plaintiff has discovered that the Defendant's corporate name is inaccurately reflected in her Complaint, and therefore desires to amend her complaint to reflect the Defendant's correct corporate name of Driskel, Gillum & Associates, Inc., with its principal address believed to be located at 1882 Porter Lake Drive, Suite 801, Sarasota, Florida 32420.

4. A copy of the proposed Amended Complaint is attached hereto as Exhibit A.

WHEREFORE, Plaintiff moves this Honorable Court, pursuant to Federal Rule of Civil Procedure Rule 15a, to permit the Plaintiff to amend her Complaint to correct the inaccuracy reflected in her initial Complaint regarding the Defendant's corporate information and for all other relief that is just.

        Respectfully submitted,


*/s/ Michael D. Brock*
Michael D. Brock
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon John A. Yanchek, Attorney for Defendant, 2 N. Tamiami Trail, Suite 302, Sarasota, Florida 32436 postage prepaid and fully addressed or by electronic mail this **29**[th] day of **June**, 2006.


*/s/ Michael D. Brock*
*Michael D. Brock*
*Attorney for Plaintiff*