IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEBORAH POSTON, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | CASE #: 1:06-CV-00416-DRB |
| | ) | |
| DRISKEL, GILLUM & ASSOCIATES, INC., | ) | **JURY DEMAND** |
| | ) | |
| DEFENDANT. | ) | |

**AMENDED COMPLAINT**

**I. INTRODUCTION**

1. This is a complaint for damages, for actual and statutory damages, brought by the Plaintiff, Deborah Poston, against the Defendant, Driskel, Gillum & Associates, Inc., for Defendant's violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et. seq. (hereinafter, "FDCPA").

**II. JURISDICTION AND VENUE**

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(b), 28 U.S.C. § 1337.

3. Venue in this district is proper pursuant to 28 U.S.C. § 1409.

**III. PARTIES**

4. Plaintiff, Deborah Poston, is a natural person residing in Houston County, Alabama.

5. Defendant, Driskel, Gillum & Associates, Inc. (hereinafter, "D.G. & A."), is a corporation engaged in the debt collection business with its principal place of business believed to be located at 1882 Porter Lake Drive, Suite 801, Sarasota, Florida 34240. The Defendant's principal purpose is to collect debts using the mail and telephone. Defendant, D.G. & A., regularly attempts to collect debts alleged to be due another.

6. The Defendant is a debt collector as defined by the FDCPA, 15 U.S.C. § 1692a(6).

7. The alleged debt was for personal, family, or household purposes.

## IV. FACTUAL ALLEGATIONS

8. On or about December 14, 2005, Defendant, D.G. & A., mailed Plaintiff a collection letter regarding an alleged debt owed to the original creditor, The FootCare Center (hereinafter, "FootCare"). The collection letter is attached hereto as Exhibit "A."

9. On or about January 8, 2006, Plaintiff, Deborah Poston, mailed Defendant, D.G. & A., by certified mail, a dispute letter in which Plaintiff stated that she "dispute[d] the debt from The FootCare Center" and that she "refuse[d] to pay the debt." The dispute letter, to Defendant, is attached hereto as Exhibit "B."

10. On February 28, 2006, the Plaintiff, Deborah Poston, obtained her credit file from TransUnion, LLC (hereinafter, "TransUnion") and found that Defendant, D.G. & A., was reporting a debt to TransUnion as a "Collection Account" with a "Balance [of] $69.00." The February 28, 2006, TransUnion trade line is attached hereto as Exhibit "C."

11. On or about April 8, 2006, the Plaintiff, Deborah Poston, obtained her credit file from TransUnion, and found that Defendant, D.G. & A., was reporting a debt to TransUnion as "Placed for Collection" with a "Balance [of] $69.00." The April 8, 2006, TransUnion trade line is attached hereto as Exhibit "D."

12. Neither of the Defendant's trade lines reflect that the Plaintiff disputes the alleged debt.

13. Defendant, D.G. & A., has refused to include that the alleged debt to FootCare is disputed.

## COUNT I - VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT.

14. Plaintiff, Deborah Poston, adopts and incorporates paragraphs 1 through 13 as if fully set out herein.

15. Defendant, D.G. & A., violated 15 U.S.C. § 1692e by using "false, deceptive, or misleading representation or means in connection with the collection of any debt."

16. Defendant, D.G. & A., violated 15 U.S.C. § 1692e(8) by failing to "communicate that a disputed debt is disputed."

17.    Defendant's violation of 15 U.S.C. §§ 1692e & 1692e(8) renders it liable for actual damages, statutory damages, costs, and reasonable attorney fees.  15 U.S.C. § 1692k.

WHEREFORE, Plaintiff, Deborah Poston, respectfully requests this Honorable Court enter judgment against the Defendant, Driskel, Gillum & Associates, Inc., for the following:

a)    Actual damages;

b)    Maximum statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k;

c)    Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k; and,

d)    For such other relief that is just.

Respectfully submitted,

BROCK & STOUT

*/s/ Michael D. Brock*
Michael D. Brock, Esq.
Gary W. Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email 1: brockandstout@yahoo.com
Email 2: christal02@centurytel.net

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon John A. Yanchek, Attorney for Defendant, 2 N. Tamiami Trail, Suite 302, Sarasota, Florida 32436 postage prepaid and fully addressed or by electronic mail this **29th** day of **June**, 2006.

*/s/ Michael D. Brock*
Michael D. Brock
Attorney for Plaintiff