UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH POSTON              ) | |
| ) | |
| **Plaintiff,**              ) | |
| ) | |
| V.                          ) | Case No.: 1:06CV416DRB |
| ) | |
| GILLUM, DRISKEL & ASSOCIATES, INC.  ) | |
| ) | |
| **Defendant.**              ) | |
| ) | |

### RESPONSE TO MOTION TO AMEND COMPLAINT

Defendant, GILLUM DRISKEL & ASSOCIATES, INC., by and through its undersigned counsel responds to Plaintiff's Motion to Amend Complaint:

1.  Defendant does not object to the granting of Plaintiff's Motion to Amend Complaint.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail to Michael E. Brock, Esquire, Post Office Drawer 311167, Enterprise, Alabama 36330, this _____ day of July, 2006.

JOHN A. YANCHEK, P.A.


/s/ *John A. Yanchek*

John A. Yanchek, Esquire
2 North Tamiami Trail, Suite 302
Sarasota, FL 34236
Telephone: (941) 366-7177
Facsimile: (941) 955-0131
Florida Bar No. 476382
Attorney for Defendant