AO 136 (Rev. 11/99) Certificate of Good Standing

# United States District Court
## Middle District of Florida

**CERTIFICATE OF
GOOD STANDING**

I, SHERYL L. LOESCH, Clerk of this Court, certify that

JOHN A. YANCHEK, III, Bar #0476382, was duly admitted

to practice in this court on December 16, 1985, and is in good

standing as a member of the Bar of this Court.

Dated at Tampa, Florida on July 11, 2006

SHERYL L. LOESCH, CLERK          Rebecca J Hockett
                                       Deputy Clerk