IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH POSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   1:06-CV-00416-DRB |
| | ) |
| GILLUM, DRISKEL & ASSOCIATES, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the *Motion for Admission Pro Hac Vice* (Doc. 6, filed June 28, 2006), it appears that **John A. Yancheck** is a member in good standing of the United States District Court, Middle District of Florida, and is otherwise eligible to appear *pro hac vice* in this proceeding as counsel for Defendant.

Accordingly, it is **ORDERED** that the Motion is **GRANTED.**

DONE this 14th day of July, 2006.

　　　　　　　　　　　　　　　　　　**/s/ Delores R. Boyd**
　　　　　　　　　　　　　　　　　　DELORES R. BOYD
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE