IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH POSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | 1:06-CV-00416-DRB |
| ) | |
| GILLUM, DRISKEL & ASSOCIATES, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER ON MOTION

Plaintiff's *Motion to Amend Complaint* in order to reflect the Defendant's correct corporate name and principal address (Doc. 8-1, June 29, 2006) is not opposed (Defendant's Response, Doc. 9, July 5, 2006). Accordingly, and for the good cause presented, it is

**ORDERED** that the Motion is **GRANTED.**

DONE this 17th day of July, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE