**EXHIBIT A**

GILLUM, DRISKEL, & ASSOCIATES INC.
P.O. Box 2500
SARASOTA, FL 34230
Phone: 866-816-9411
Fax: 866-816-9422

December 14, 2005

POSTON, DEBORAH
P.O. BOX 584
DOTHAN, AL 36302

CREDITOR................: THE FOOTCARE CENTER
ACCOUNT#..............: 2923932
CLIENT ACCOUNT#........: MCD 76633

BALANCE...........: $69.00

The above named client has assigned to us your account for immediate collection of the balance in full.

Please contact this office immediately so that arrangements may be made and any further action may be stopped, or send a certified check or money order in the self addressed envelope provided.

Yours Truly,

Becky Hines

Unless this account or any portion thereof is disputed within 30 days from receipt of this notice, we will assume this debt to be valid. If you dispute this debt or any portion thereof within this 30 day time period we will furnish at your written request, a verification of this debt, or the name and address of the original creditor. This is an attempt to collect a debt. Any information obtained will be used for that purpose.
CS/10000

**EXHIBIT B**

January 8, 2006

<u>BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED</u>

Gillum, Driskel & Associates, Inc.
ATTN: Becky Hines
Post Office Box 2500
Sarasota, Florida 34230

   RE: The FootCare Center
      Account No 2023932
      Client Acct. No. MCD 76633

Dear Ms. Hines:

  I received your collection letter dated December 14, 2005. First, you should understand that I completely dispute the debt from The FootCare Center In fact, I do not owe this debt and I refuse to pay the debt.

  I have enclosed copies of correspondence that I mailed to The FootCare Center dated August 3, 2005, and evidence of my attempt to resolve this matter where I called The FootCare Center on three separate occasions. In short, the services provided (i e., the shoe inserts) did not fit, were very hard and caused more pain than I was experiencing prior to seeking their services. The FootCare Center has refused to work with me to resolve this matter, yet continued to send me a bill for a product that did not work

  I noticed in your letter that I had thirty (30) days to dispute this debt. You may consider this as such as dispute. There is no need for you to furnish me verification of this debt, or the name and address of the supposed creditor I am not going to pay this debt, so please mark your records accordingly

                Very truly yours,

                *Deborah Poston* (signature)

                Deborah Poston

**EXHIBIT C**

**GILLUM DRISKEL & ASSOCIA** #MCD76633

2100 S TAMIAMI TRA  
SARASOTA, FL 34234  
Phone number not available

| | |
|---|---|
| Balance: | $69 |
| Date Updated: | 02/2006 |
| Original Balance: | $69 |
| Original Creditor: | 05 THE FOOTCARE CENTER |
| Past Due: | $0 |

| | |
|---|---|
| Pay Status: | >Collection Account< |
| Account Type: | Open Account |
| Responsibility: | Individual Account |

Loan Type: Collection Agency Attorney  
Remark: >Placed for collection<

**EXHIBIT D**

90 Days Late: 0

TransUnion    OK OK OK OK OK OK OK OK OK OK OK

**Remarks:**
[TransUnion]

**Account No.:**
**Balance:**
**Pay Status:**
**High Balance:**
**Limit:**
**Opened:**
**Responsibility:**

**Condition:**
**Type:**
**Past Due:**
**Terms:**
**Payment:**
**Reported:**

**Late Payments (last 7 years):**

**Remarks:**

Collection Accounts:
GDAC

| | | | |
|---|---|---|---|
| **Account No.:** | MCD76633 | **Original Creditor:** | 05 THE FOOTCARE CENTER |
| **Responsibility:** | Individual | **Condition:** | Derogatory |
| **Original Balance:** | $69 | **Balance:** | $69 |
| **Date Opened:** | 12/14/2005 | **Date Reported:** | 02/10/2006 |

**Remarks:**
[TransUnion] Placed for collection

## PUBLIC INFORMATION

None Reported

## INQUIRIES

| Creditor Name | Date of Inquiry | Credit Bureau |
|---|---|---|
| FAC | 10/04/2005 | TransUnion |