UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH POSTON, | ) |
| Plaintiff, | ) ) ) |
| V. | ) Case No.: 1:06CV416-MHT ) |
| GILLUM, DRISKEL & ASSOCIATES, INC., | ) ) ANSWER OF DEFENDANT TO |
| Defendant. | ) AMENDED COMPLAINT ) |

Defendant, GILLUM DRISKEL & ASSOCIATES, INC. (hereafter "GILLUM"), by and through its undersigned counsel, files its Answer to Plaintiff's Complaint as follows:

1. Defendant denies the allegations contained in Paragraph 1 of Plaintiff's Complaint and demands strict proof thereof.

2. Defendant denies the allegations contained in Paragraph 2 of Plaintiff's Complaint and demands strict proof thereof.

3. Defendant denies the allegations contained in Paragraph 3 of Plaintiff's Complaint and demands strict proof thereof.

4. Defendant denies the allegations contained in Paragraph 4 of Plaintiff's Complaint and demands strict proof thereof.

5. Defendant admits the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6. Defendant admits the allegations contained in Paragraph 6 of Plaintiff's Complaint.

7. Defendant is without knowledge of the allegations contained in Paragraph 7 of Plaintiff's Complaint and demands strict proof thereof.

8. Defendant admits a copy of the collection letters is attached to Plaintiff's Complaint as Exhibit "A".

9. Defendant admits a copy of the collection letters is attached to Plaintiff's Complaint as Exhibit "A".

10. Defendant is without knowledge of the allegations contained in Paragraph 10 of Plaintiff's Complaint and demands strict proof thereof.

11. Defendant is without knowledge of the allegations contained in Paragraph 11 of Plaintiff's Complaint and demands strict proof thereof.

12. Defendant is without knowledge of the allegations contained in Paragraph 12 of Plaintiff's Complaint and demands strict proof thereof.

13. Defendant denies the allegations contained in Paragraph 13 of Plaintiff's Complaint.

14. As to the allegations contained in Paragraph 14 of Plaintiff's Complaint, Defendant realleges its responses to Paragraphs 1 through 13 above as if fully set forth herein.

15. Defendant denies the allegations contained in Paragraph 15 of Plaintiff's Complaint.

16. Defendant denies the allegations contained in Paragraph 16 of Plaintiff's Complaint.

17. Defendant denies the allegations contained in Paragraph 17 of Plaintiff's Complaint.

WHEREFORE, Defendant, GILLUM DRISKEL & ASSOCIATES, INC., having fully answered Plaintiff's Complaint, requests this Court dismiss Plaintiff's Complaint.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to Michael D. Brock, Brock & Stout, P.O. Drawer 311167, Enterprise, AL 36331, this 27th day of July, 2006.

JOHN A. YANCHEK, P.A.

JOHN A. YANCHEK, ESQUIRE
2 N. Tamiami Trail, Suite 302
Sarasota, FL 34236
(941) 366-7177
Florida Bar No. 476382
Attorney for Defendant