IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEBORAH POSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO.:   1:06cv416-MHT |
| GILLUM, DRISKEL & ASSOCIATES, | ) | |
| INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**REPORT OF PARTIES' PLANNING MEETING**

      1.     Pursuant to Fed.R.Civ.P. 26(f), a conference was held on July 27, 2006 and was attended by:

| | |
|---|---|
| Gary W. Stout | John A. Yanchek |
| Brock & Stout | John A. Yanchek, P.A. |
| P.O. Drawer 311167 | 2 N. Tamiami Trail, Suite 302 |
| Enterprise AL 36331 | Sarasota FL 34236 |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

      2.     Parties' Statement of the Case:

Plaintiff's Brief Narrative Statement of Facts:

The Plaintiff believes the evidence will demonstrate that the Defendant violated the Fair Debt Collection Practices Act.  Without limitation, the Plaintiff asserts that the Defendant failed to report consumer debt as disputed on the Plaintiff's credit report.  The Plaintiff also asserts that she was contacted telephonically after litigation had ensued and after the Defendant knew the Plaintiff to be represented by counsel, also a violation of the Fair Debt Collection Practices Act.

Defendant's Brief Narrative Statement of Facts:

Defendant contends when it received notice of a dispute, it ceased all collection activity. Therefore, it did not violate the Fair Debt Collection Practices Act.

3.　　Pre-Discovery Disclosures.  The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) by September 12, 2006.

4.　　Discovery Plan.  The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects:   (1) any communication with any consumer credit reporting agent; and (2) internal notes, memos or other communication pertaining to this account.

All discovery commenced in time to be completed by December 22, 2006.

Maximum of 25 interrogatories (included all discrete subparts) by each party to any other party.  Responses due 30 days after service.

Maximum of 35 requests for admission by each party to any other party.  Responses due 30 days after service.

Unless agreed upon by the parties or otherwise ordered by the court, maximum of 5 depositions by Plaintiff and 5 by Defendant.

Each deposition is limited to a maximum of 8 hours unless extended by agreement of parties.

Report from retained experts under Rule 26(a)(2) due:

From Plaintiff:　　　　　　　　November 1, 2006
From Defendant:　　　　　　　December 1, 2006

Supplementations under Rule 26(e) due thirty (30) days after discovery of additional information necessary to be disclosed.

5.　　Other Items:   not applicable

6.　　The parties do not request a conference with the court before entry of the scheduling order.

7.　　The parties request a pretrial conference in April 2007.

8.　　Plaintiff should be allowed until September 15, 2006 to join additional parties and until September 15, 2006 to amend the pleadings.

9.      Defendant should be allowed until September 15, 2006 to join additional parties and until September 15, 2006 to amend the pleadings.

10.     All potentially dispositive motions should be filed by January 15, 2007.

11.     Settlement cannot be evaluated prior to some initial discovery.

12.     Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

From Plaintiff:                 14 days before trial
From Defendant:                 14 days before trial

13.     Parties should have 7 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

14.     The case should be ready for trial by May 15, 2007 and at this time is expected to take approximately 1-2 days.

15.     Other matters:   not applicable


Date:  ___August 9, 2006_____


__/s/ Gary W. Stout_____              _/s/ John A. Yanchek_____
Gary W. Stout                                    John A. Yanchek
Brock & Stout                                    John A. Yanchek, P.A.
P.O. Drawer 311167                               2 N. Tamiami Trail, Suite 302
Enterprise AL 36331                              Sarasota FL 34236

*Attorney for Plaintiff*                         *Attorney for Defendant*