**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 10, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Deborah Poston vs. Driskell, Gillum & Associates, Inc.**

**Case Number: 1:06cv416-MHT**

**Reference is made to document # 17 filed electronically by counsel which did not contain his electronic signatures.**

**The corrected pdf document is attached to this Notice.**