IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH POSTON, | ) |
| Plaintiff, | ) |
| v. | ) |
| GILLUM, DRISKEL & ASSOCIATES, INC., | ) CASE NO.: 1:06cv416-MHT |
| Defendant. | ) |

### PRETRIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26 (a) (3), the Plaintiff by and through her undersigned counsel hereby discloses the following:

1. Plaintiff contends to call the following witness:

    Mike Driskell, P. O. Box 2500, 18082 Porter Lake Drive, Sarasota, FL   34230 Telephone (866) 816-9411.

2. Plaintiff contends to call offer in full the deposition of Sonja Dunbar and will request the Court to declare said witness unavailable pursuant to Federal Rule of Civil Procedure 32 (a) (3) (B).

3. Plaintiff intends to offer the following documents as exhibits in her case in chief:

    a. Debtor sheet of Plaintiff, previously marked as Exhibit A to the deposition of Mike Driskell;

    b. Collection letter sent by Defendant to Plaintiff, previously marked as Exhibit B to the Deposition of Mike Driskell;

    c. Dispute letter sent by Plaintiff to Defendant, previously marked as Exhibit C to the Deposition of Mike Driskell; included in this Exhibit, is the dispute letter sent by Plaintiff to the foot care center as well as plaintiff's long distance billing showing phone calls to the foot care center;

    d.    The hard copy of the Fair Debt Collection Practices Act, as furnished by Defendant's Federal Rule of Civil Procedure 30 (b) (6) representative, and previously marked as Exhibit E to the Deposition of Mike Driskell;

    e.    The placement sheet from the foot care center to Defendant, previously marked as Exhibit F to the deposition of Mike Driskell;

    f.    The facsimile header sheet from the foot care center and the statement from the foot care center, previously marked as Exhibit G to the deposition of Mike Driskell.

Respectfully Submitted,

_____
Gary W. Stout
Attorney for Plaintiff

OF COUNSEL:
BROCK & STOUT
P. O. Box 311167
Enterprise, AL 36331-1167
(334) 393-4357 phone
(334) 393-0026 facsimile
brockstout@entercomp.com
lesley@circlecitylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March 2007, served by placing a copy in the U.S. Mail, postage prepaid to the following:

**John Yanchek, Esq.**
P. O. Box 2500
2 North Tamiami Trail, Suite 302
Sarasota, Florida 34236
941-366-7177 telephone
941-955-0131 facsimile

_____
Gary W. Stout
Attorney for Plaintiff