IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2007 MAR 14  A 9: 29

| | |
|---|---|
| DEBORAH POSTON, | ) |
| Plaintiff, | ) |
| v. | ) |
| GILLUM, DRISKEL & ASSOCIATES, INC., | ) CASE NO.: 1:06cv416-MHT |
| Defendant. | ) |

## MOTION TO WITHDRAW JURY DEMAND

Comes now, undersigned legal counsel for Plaintiff and pursuant to F.R.C.P. 38 and 39, hereby files this motion to withdraw the Jury Demand in this case. In further response, counsel for the Plaintiff states as follows:

1. This action was filed and instituted with a demand for a Jury Trial by Plaintiff.

2. Legal counsel for Plaintiff herein moves to withdraw the Jury Demand and seeks a bench trial of all remaining issues before the Hon. Myron H. Thompson.

3. The Defendant's legal counsel has no objection to this motion and the Defendant submits to a bench trial on all remaining claims.

4. The parties request a new trial date and scheduling order for the trial of the Plaintiffs damage claims in this matter.

Respectfully Submitted,

_____
Gary W. Stout
Attorney for Plaintiff

OF COUNSEL:
BROCK & STOUT
P. O. Box 311167
Enterprise, AL  36331-1167
*(334)* 393-4357 phone
(334) 393-0026 facsimile
brockstout@entercomp.com
lesley@circlecitylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March 2007, served by placing a copy in the U.S. Mail, postage prepaid to the following:

**John Yanchek, Esq.**
P. O. Box 2500
2 North Tamiami Trail, Suite 302
Sarasota, Florida 34236
941-366-7177 telephone
941-955-0131 facsimile

_____
Gary W. Stout
Attorney for Plaintiff