UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DEBORAH POSTON )
)
    Plaintiff, )
)
V. ) Case No.: 1:06CV416MHT
)
GILLUM, DRISKEL & ASSOCIATES, INC. )
) CONSENT TO MOTION TO
    Defendant. ) WITHDRAW JURY DEMAND
)

    Defendant, GILLUM, DRISKEL & ASSOCIATES, INC., by and through its undersigned counsel, hereby consents to Plaintiff's counsel's Motion to Withdraw Jury Demand.

JOHN A. YANCHEK, P.A.

_____
JOHN A. YANCHEK, ESQUIRE
2 North Tamiami Trail, Suite 308
Sarasota FL 34236
941-366-7177 Telephone
941-955-0131 Facsimile
Florida Bar No. 476382
Attorney for Defendant

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to Gary W. Stout, Esquire, Brock & Stout, Post Office Drawer 311167, Enterprise AL 36331-1167, this 15th day of March, 2007.

JOHN A. YANCHEK, P.A.

_____
JOHN A. YANCHEK, ESQUIRE
2 North Tamiami Trail, Suite 308
Sarasota FL 34236
941-366-7177 Telephone
941-955-0131 Facsimile
Florida Bar No. 476382
Attorney for Defendant

gillum def.poston