IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
DEBORAH POSTON,              )
                             )
    Plaintiff,               )
                             )     CIVIL ACTION NO.
    v.                       )      1:06cv416-MHT
                             )
GILLUM, DRISKELL &           )
ASSOCIATES, INC.,            )
                             )
    Defendant.               )
```

### ORDER

Upon consideration of the motion to withdraw jury demand (Doc. No. 21) and the consent (Doc. No. 22), it is ORDERED as follows:

(1) Said motion (Doc. No. 21) is granted.

(2) This case shall proceed non-jury.

(3) Because the June 18, 2007, Dothan jury tern is both a jury and non-jury term, it is unnecessary to set a new trial date or enter a new scheduling order.

DONE, this the 22nd day of March, 2007.

                                       /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE